■ 320 West 13th Street, LLC, Respondent, v Wolf Shevack, Inc., et al., Defendants, and Amalgamated Technologies, Inc., et al., Appellants. [979 NYS2d 801]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Joan M. Kenney, J.), entered on or about May 21, 2013, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 22, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Sweeny, J.P., Andrias, Freedman, Richter and Clark, JJ.